■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON JOHNSON, Appellant. [679 NYS2d 301] —Judgment, Supreme Court, Bronx County (Denis Boyle, J.), rendered November 29, 1995, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him to a term of 1½ to 4½ years, unanimously affirmed.

Defendant did not argue at trial level that the court did not make proper *Batson* findings. Thus, his current claim to that effect is unpreserved and we decline to review it in the interest of justice (*People v Williams*, 238 AD2d 191, *lv granted* 91

NY2d 837). Were we to review the claim, we would find that the court properly found that defendant failed to make a *prima facie* showing of discriminatory intent by the prosecutor in exercising peremptory challenges, and thus defendant's *Batson* application was properly denied (*People v Childress*, 81 NY2d 263, 266-267). Concur—Milonas, J. P., Williams, Andrias and Saxe, JJ.